UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DAVID MARTINEZ aka
ROBERT ANDREAS VASQUEZ,

    Plaintiff,

  vs.

STATE OF CALIFORNIA, et. al.,

    Defendants.
                                        /

No. C 12-6515 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or properly applied for leave to proceed in forma pauperis ("IFP"). He was allowed thirty days to either pay the fee or file a proper application. More than thirty days has passed and plaintiff has not paid the fee or filed a new application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 12, 2013.

                                                    PHYLLIS J. HAMILTON
                                                  United States District Judge

G:\PRO-SE\PJH\CR.12\Martinez6515.dsm-ifp.wpd